H. H. Messick, appellee, v. J. W. Hutton, appellant. Gen. No. 8,767.

Opinion filed October 13, 1933.

Kasserman & Kasserman and McDavid, Monroe & Mann, for appellant. Henry H. Morey, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Arthur H. Gottschalk, trustee in bankruptcy for Davis, Smith & McAnulty, Inc., bankrupt, appellant, v. J. F. Leonard, appellee. Gen. No. 8,773.

Opinion filed October 13, 1933.

W. St. J. Wines, for appellant; W. Edgar Sampson, D. L. Giffin and C. Terry Lindner, of counsel. Harlington Wood and Edward Pree, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Isabelle W. Shumway, appellant, v. Hiram M. Shumway and Dorice D. Shumway, appellees. Gen. No. 8,778.

Opinion filed October 13, 1933.

Rehearing denied January 4, 1934.

W. B. McBride and Dryer & Brown, for appellant. John E. Hogan, Harold S. Williams and Leal W. Reese, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Martha Ferguson, appellant, v. Clarence Ferguson, appellee. Gen. No. 8,697.

Opinion filed October 13, 1933.

J. B. Jiskra, for appellant. Pratt, Heffernan & Ramseyer, for appellee.

Mr. Justice Davis delivered the opinion of the court.